UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jenny Eng,

            Plaintiffs,

   –v–

China Ting Apparel, LLC, *et al.*

           Defendants.

20-cv-1147 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    In their joint letter seeking approval of a proposed settlement, the parties indicate that they have conferred and agree to conduct all further proceedings before the Magistrate Judge. Dkt. No. 45 at 5. However, pursuant to the Court's original order, the parties have not filed a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form.[1] The parties are ordered to do so no later than August 14, 2020.

    SO ORDERED.

Dated: August 10, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge

---

[1] The form is available at https://www.nysd.uscourts.gov/sites/default/files/2018-06/AO-3.pdf.